JB

CASE NO.:

22CV5647
Judge Jorge L. Alonso
Magistrate Judge Maria Valdez
PC 8
RANDOM

IN THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

KEVIN BURRESS  V.  AKIANE KRAMARIK, ET AL.

ON CIVIL COMPLAINT

TO THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

CIVIL COMPLAINT

KEVIN OWEN BURRESS # 67918-509
PO BOX 730
LOVEJOY, GA 30250

RECEIVED SH
10/4/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PAGE 1

## I. JURISDICTION

1. THIS COMPLAINT IS BROUGHT UNDER DIVERSITY JURISDICTION IN ACCORDANCE WITH 28 USC § 1332.

2. THIS COMPLAINT MAY FALL UNDER SUPPLEMENTAL JURISDICTION IN ACCORDANCE WITH 28 USC §1367(a).

## II. COMPLAINT SUMMARY

1. DEFENDANTS ATTEMPTED TO INDUCE PLAINTIFF TO COMMIT SUICIDE THROUGH PHONE CALLS AND BY MAKING VEILED REPLIES TO PROXIMATE EMAILS AND PHONE CALL VOICEMAILS LEFT TO DEFENDANTS. DEFENDANTS CONSPIRED TO INDUCE SUICIDE BY CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS THROUGH PHONE HARASSMENT AND STALKING AND VEILED REPLIES TO COMMUNICATIONS. THEY ALSO CONSPIRED TO AND DID INFLICT SEVERE EMOTIONAL DISTRESS LEADING TO SUICIDE ATTEMPT PLAINTIFF SURVIVED BY MIRACLE.

2. DEFENDANTS COMMITTED INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, CIVIL CONSPIRACY TO INDUCE SUICIDE WITH ATTEMPT, CIVIL CONSPIRACY TO COMMIT PHONE HARASSMENT, CIVIL CONSPIRACY TO COMMIT STALKING, AND CIVIL CONSPIRACY TO COMMIT INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

## III. PARTIES

1. THE PLAINTIFF IS THE INJURED PARTY KEVIN OWEN BURRESS.

2. THE DEFENDANTS ARE AKIANE KRAMARIK; ART AKIANE, LLC; JONLU KRAMARIK.

3. AKIANE KRAMARIK IS AN ILLINOIS BASED ARTIST AND "PROPHET" A SPIRITUAL LEADER.

4. ART AKIANE, LLC IS AN ILLINOIS ART STUDIO OWNED BY AKIANE.

5. JONLU KRAMARIK IS THE BROTHER OF AKIANE AND THE MANAGER OF ART AKIANE, LLC.

## IV. COMPLAINT.

1. COUNT I. AKIANE KRAMARIK COMMITTED INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST PLAINTIFF BY MAKING VEILED RESPONSES TO VOICEMAIL AND TEXT MESSAGES INQUIRING AND PERTAINING TO PROXIMATE PHONE CALLS WITH JONLU KRAMARIK WHO ATTEMPTED TO INDUCE PLAINTIFF TO COMMIT SUICIDE TOO. AKIANE ALSO USED SILENCE TO INDUCE EMOTIONAL DISTRESS IN PLAINTIFF. THE PLAINTIFF ALLEGES THE DISTRESS WAS SEVERE AND WAS INFLICTED WITH ATTEMPT TO INDUCE SUICIDE OF PLAINTIFF. PLAINTIFF SEEKS TO PIERCE CORPORATE VEIL.

2. COUNT II. JONLU KRAMARIK COMMITTED INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST PLAINTIFF THROUGH ATTEMPTS TO INDUCE PLAINTIFFS SUICIDE VIA TELEPHONE CALLS THROUGH ART AKIANE, LLC, AND THROUGH SILENT TREATMENT ALSO PROXIMATE TO PHONE CALLS.

3. COUNT III. ART AKIANE, LLC COMMITTED INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS THROUGH VEILED REPLIES, PHONE CALLS AND SILENT TREATMENT BY JONLU KRAMARIK AND AKIANE KRAMARIK.

4. COUNTS IV, V AND VI, AKIANE KRAMARIK (IV), JONLU KRAMARIK (V) AND ART AKIANE, LLC (VI) COMMITTED CIVIL CONSPIRACY TO INDUCE SUICIDE, WITH ATTEMPT, AGAINST PLAINTIFF IN VIOLATION OF ILLINOIS LAW. THEY INFLICTED EMOTIONAL DISTRESS WITH THE INTENTION OF INDUCING SUICIDE IN ORDER TO CAUSE PLAINTIFF TO GO AWAY OR TO GAIN PUBLICITY ON TV/NEWS/INTERNET. AND IN ORDER TO PREVENT MARRIAGE BETWEEN PLAINTIFF AND AKIANE KRAMARIK. PLAINTIFF SEEKS TO PIERCE CORPORATE VEIL AND ALLEGES CONSPIRACY BETWEEN SIBLINGS CAN EVEN BE INFERRED.

5. COUNTS VII, VIII, IX, AKIANE KRAMARIK (VII), JONLU KRAMARIK (IX) AND ART AKIANE, LLC (IX) COMMITTED CIVIL CONSPIRACY TO COMMIT PHONE HARASSMENT AGAINST PLAINTIFF IN PHONE CALLS PLACED ON JAN 5TH 2021. PLAINTIFF SHOWS PROXIMATE CAUSE AND SEEKS PIERCING CORP. VEIL. ALLEGES SIBLING CONSPIRACY. FOR SIMILAR REASONS AND BY SIMILAR MEANS OF (4.).

PAGE 3

6. COUNTS X, XI AND XII; AKIANE KRAMARIK (X), JONLU KRAMARIK (XI) AND ART AKIANE, LLC (XII) COMMITTED CIVIL CONSPIRACY TO COMMIT STALKING AGAINST PLAINTIFF BY ENGAGING IN A COURSE OF CONDUCT THAT CAUSED SEVERE EMOTIONAL DISTRESS TO PLAINTIFF KNOWINGLY AND WILLFULLY. PLAINTIFF SEEKS TO PIERCE CORPORATE VEIL AND ALLEGES CONSPIRACY BETWEEN SIBLINGS.

7. COUNTS XIII, XIV AND XV; AKIANE KRAMARIK (XIII), JONLU KRAMARIK (XIV) AND ART AKIANE, LLC (XV) COMMITTED CIVIL CONSPIRACY INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST PLAINTIFF IN A MANNER CONSISTENT WITH (1), (2) AND (3) TO CAUSE PLAINTIFF TO GO AWAY AND/OR TO PREVENT MARRIAGE BETWEEN PLAINTIFF AND AKIANE KRAMARIK AND/OR TO GAIN PUBLICITY ON THE MEDIA BY PLAINTIFFS SUICIDE.

8. PLAINTIFF SEEKS PUNITIVE DAMAGES FOR (1) THROUGH (7).

## V. RELIEF SOUGHT

1. PLAINTIFF SEEKS $4 MILLION USD, OF WHICH $3.75 MILLION MAY BE PAID IN ARTWORKS AGREED UPON BY PLAINTIFF AT FAIR MARKETABLE PRICES. PLAINTIFF ALSO SEEKS PUNITIVE DAMAGES.

2. PLAINTIFF SEEKS COURT APPOINTED COUNSEL DUE TO THEIR INCARCERATED STATUS, THE LARGE AMOUNT OF EVIDENCE FOR DISCOVERY AND THE NO CONTACT ORDER IN PLACE.

3. PLAINTIFF SEEKS COURT PAID EXPERTS, A VIDEO EDITOR AND PSYCHOLOGIST, DUE TO NATURE OF CASE.

## VI. SUBMISSION (EXECUTION)

1. AFFADAVIT IN SUPPORT OF COMPLAINT ATTACHED AND MADE PART HERETO.

2. RESPECTFULLY SUBMITTED ON 9.27.2022.

KEVIN BURRESS PRO SE.

KEVIN BURRESS # 67918509; PO BOX 730; LOVEJOY, GA 30250

PAGE 1

AFFADAVIT IN SUPPORT OF COMPLAINT.

I, KEVIN BURRESS, DEPOSE AND SAY UNDER PENALTY OF PERJURY:

1. MY NAME IS KEVIN OWEN BURRESS. I AM A COMPUTER TECHNICIAN PROGRAMMER AND HOBBY SCIENTIST AND RESEARCHER. I RECEIVED MY GED AT OTERO JR COLLEGE IN LA JUNTA, COLORADO IN 2006, SCORING "AS WELL OR BETTER THAN 98% OF HIGH SCHOOL STUDENTS." I ALSO OBTAINED AN APPLE CERTIFIED MAC TECHNICIAN CERTIFICATE IN 2012. I SPEND A LOT OF TIME LEARNING ABOUT SCIENCE.

2. THIS AFFIDAVIT IS MADE IN SUPPORT OF A CIVIL COMPLAINT AGAINST AKIANE KRAMARIK, JONLU KRAMARIK, AND ART AKIANE, LLC.

3. THE FACTS IN THIS AFFIDAVIT COME FROM MY PERSONAL OBSERVATIONS, INFORMATION FROM LAW ENFORCEMENT, (EVIDENCE OBTAINED IN ANOTHER CASE) AND ACCORDING TO THE PROSECUTOR. THIS AFFIDAVIT CONTAINS THE INFORMATION NEEDED TO SUPPORT THE COMPLAINT. IT DOES NOT CONTAIN ALL THE INFORMATION KNOWN TO ME, THE DEFENDANTS, OR THE GOVERNMENT.

4. ILLINOIS LAW GOVERNS "INDUCEMENT TO COMMIT SUICIDE." I DONT HAVE ACCESS TO ILLINOIS LAWS IN THE LAW LIBRARY HERE. GENERALLY THE LAW PROHIBITS INDUCEMENTS TO COMMIT SUICIDE/ AND INDUCEMENTS TO ATTEMPT TO COMMIT SUICIDE OR TAKE SIGNIFICANT STEPS TOWARD COMMITTING SUICIDE.

5. ILLINOIS LAW GOVERNS "STALKING." OR A COURSE OF CONDUCT WHICH CAUSES OR WOULD BE REASONABLY EXPECTED TO CAUSE SIGNIFICANT EMOTIONAL DISTRESS.

6. ILLINOIS LAW GOVERNS "TELEPHONE HARASSMENT".

7. ILLINOIS LAW GOVERNS " INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS"

8. ILLINOIS LAW GOVERNS CIVIL CONSPIRACY.

(PROBABLE CAUSE)

9. Beginning in June of 2019 and continuing through the attempted suicide before June 10th, 2021, the Plaintiff attempted contact with the Defendants on a regular basis throughout each day.

10. I mentioned being from Georgia and noticed that Akiane painted a Peach Blossom, the state being the Peach State, with a French song with lyrics referring to every day like annoyance.

11. A pattern of behavior seemed to develop with the artist painting and taking actions in response to the regular communication. For example I mentioned pallets being art, showing a picture of a pallet with paint on it, and she later began selling pallets framed as art. One time I asked her how she would kiss me and the next day she painted a couple kissing.

12. On or about January 4th 2021, I left a voicemail about a religious vision, that Jesus appeared and said that Akiane "SHALL" be married to me. The next day Jonlu answered the phone and made statements that I should commit suicide, and offering to help. I had previously left messages about a desire to kill myself on their lawn. Jonlu referenced the messages. He did this through Art Akiane, LLC.

13. I began purchasing ammunition and parts to repair my AR-15 and convert it to a pistol with a barrel short enough to commit suicide because of Jonlu's inducements.

14. I asked on several, multiple occasions if he was sure to just remain silent, and asked the same of Akiane.

15. Eventually leading up to the date of my attempt I offered multiple opportunities to recant the inducement. They remained silent, cementing their certainty.

PAGE 3

16. I HAD LEFT A VOICEMAIL REFERRING TO JONLU STATING THAT I "HAVE THE WRONG HOUSE", THAT I SHOULD KILL MYSELF IN FRONT OF ANOTHER HOUSE THAN THE ADDRESS I PROVIDED. I ASKED IF I SHOULD KILL MYSELF IN FRONT OF THE SOUTH LAWN OF THE WHITEHOUSE LIKE AN INSURRECTIONIST, SO AKIANS COULD GAIN THE PUBLICITY. WITHIN A FEW DAYS SHE "SPONTANEOUSLY" PAINTED A DEPICTION OF A MAN RUNNING INTO BATTLE PRESUMABLY, CONFIRMING HER SUPPORT OF MY SUICIDE FOR HER PUBLICITY. I FURTHER ASKED HER TO REMAIN SILENT TO CONFIRM THIS FACT, IF SHE SUPPORTED JONLU'S INDUCEMENT AND MY OFFER TO DO IT ON THE SOUTH LAWN. SHE REMAINED SILENT.

17. I SENT MANY MESSAGES OVER THE COURSE OF MONTHS TO CONFIRM THEY WERE SURE. EACH TIME THEY DID WHAT I ASKED — THEY REMAINED SILENT AND DID NOT ANSWER THE PHONE.

18. THEY NEVER RECANTED THEIR INDUCEMENTS FOR ME TO COMMIT SUICIDE DESPITE BEING OFFERED REPEATED OPPORTUNITY.

19. EVENTUALLY THEIR RESPONSE AND SILENCE SUNK IN CAUSING SUCH SEVERE EMOTIONAL DISTRESS I ATTEMPTED SUICIDE.

20. AT THE LAST MOMENT THE CAMERA I WAS USING TO RECORD THE ATTEMPT CUT OFF AND STOPPED ME.

21. BASED ON THE AFOREMENTIONED FACTS THERE IS PROBABLE CAUSE TO BELIEVE AKIANS KRAMARIK, JONLU KRAMARIK, AND ART AKIANS, LLC COMMITTED INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, STALKING, TELEPHONE HARASSMENT AND INDUCEMENT TO COMMIT SUICIDE, WITH ATTEMPT, AND CONSPIRED TO COMMIT THE AFOREMENTIONED OFFENSES.

RESPECTFULLY SUBMITTED ON 9.27.2022

KEVIN BURGESS #67918509
PO BOX 730; LOVEJOY, GA 30250

CASE NO.:

IN THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

KEVIN BURRESS V. AKIANE KRAMARIK, ET AL.

ON CIVIL COMPLAINT

TO THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

MOTION TO PROCEED IN FORMA PAUPERIS;

MOTION TO GRANT ADDITIONAL TIME DUE TO CIRCUMSTANCES BEYOND THE CONTROL OF PLAINTIFF;

MOTION TO HAVE DEFENDANTS SERVED;

MOTION FOR APPOINTMENT OF COUNSEL.

KEVIN BURRESS #67918509
PO BOX 730
LOVEJOY, GA 30250

Kevin Burress #67918591
PO Box 730
Lovejoy, GA 30250

Mailed from a detention facility

10/04/2022-25

CLERK, US DISTRICT COURT
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604